**Sam BUCCIARELLI and Maryjo Bucciarelli, Petitioners,**

v.

**Al DELISA, Respondent.**

Supreme Court of Pennsylvania.

April 23, 1996.

### ORDER

PER CURIAM:

AND NOW, this 23rd day of April, 1996, the Petition for Allowance of Appeal is granted and limited to the issues of whether an easement was created by severance of title, and whether Respondent had actual notice of the easement when he purchased his twenty acre parcel. Oral argument will be heard.

COMMONWEALTH of Pennsylvania, Respondent,

v.

**James WILSON, Petitioner.**

Supreme Court of Pennsylvania.

April 23, 1996.

### ORDER

PER CURIAM:

AND NOW, this 23rd day of April, 1996, the Petition for Allowance of Appeal is granted with oral argument limited to the sole issue of whether the trial *in absentia* violated Petitioner's federal and state constitutional rights.